# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>VAN DIEST BROTHERS, INC., a California corporation; and DOES 1 – 25, Inclusive,<br><br>Defendants. | Case No. CV 17-4462 FMO (PLAx)<br>Judge Fernando M. Olguin<br><br>**ORDER ON STIPULATION [24] RE DISMISSAL OF COMPLAINT BY INTERSTATE FIRE AND CASUALTY COMPANY AND COUNTERCLAIM BY VAN DEIST BROTHERS, INC. WITHOUT PREJUDICE** |
| VAN DIEST BROTHERS, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; and ROES 1 through 25, Inclusive,<br><br>Counter-Defendants. | |

GOOD CAUSE appearing in the Stipulation of the parties:

IT IS HEREBY ORDERED that:

1. The Complaint by Plaintiff Interstate Fire & Casualty Company in this action is dismissed without prejudice;

2. The Counterclaim by Defendant/Counterclaimant Van Diest Bros., Inc. in this action is dismissed without prejudice;

3. All hearings and pending matters currently scheduled in this action are taken off calendar.

IT IS SO ORDERED:

Dated: August 16, 2017         /s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

OC#66553